UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH ABDUL HAQQ,<br><br>              Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | **Case No. 1:15-cv-00702-EPG**<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 12) |

Based on the stipulation between the parties, a fully-executed copy of which is available on the docket as ECF No. 12, the above captioned matter is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   __October 20, 2015__          _____/s/ **Erica P. Grosjean**
                                                        UNITED STATES MAGISTRATE JUDGE

1